469 A.2d 281

Sopin, Appellant v. Graff.

Submitted September 22, 1983. Craig Sopin, appellant, in propria persona; Rudolph J. DiMassa, Jr., for appellees.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Order affirmed.

469 A.2d 281

Stephens, Appellant v. Prudential Ins. Co.

Argued October 18, 1983. Arthur M. Rosenbaum, for appellant; Max Landon Spencer, for appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

Affirmed.